

# NUMBER 13-22-00429-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

ALFREDO AVALOS II A/K/A ALFREDO AVALOS,　　　　　Appellant,

v.

THE STATE OF TEXAS,　　　　　　　　　　　　　　　Appellee.

---

## On appeal from the 404th District Court
## of Cameron County, Texas.

---

## ORDER OF ABATEMENT

### Before Justices Longoria, Hinojosa, and Silva
### Order Per Curiam

This cause is before the Court on its own motion. Alfredo Avalos II a/k/a Alfredo Avalos filed a pro se notice of appeal in this cause. Appellant's retained attorneys were allowed to withdraw from representing appellant after the trial court proceedings concluded. Based upon this sequence of events, we abate and remand this matter to the trial court.

Upon remand, the trial court shall determine whether appellant is entitled to court-appointed counsel. If the trial court determines that new counsel should be appointed, the name, address, email address, telephone number, and state bar number of newly appointed counsel shall be included in the order appointing counsel. If the trial court determines appellant has abandoned this appeal and/or is not entitled to court-appointment counsel, it shall issue such findings. The trial court shall further cause its findings and any orders to be included in a supplemental clerk's record to be filed with the Clerk of the Court on or before the expiration of thirty days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
28th day of October, 2022.